**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**HAROLD YOUNT, BRENDA YOUNT,**

   *Plaintiffs*

                                         **Case No. SA-23-CV-00150-JKP**

**v.**

**TRAVELERS PERSONAL
INSURANCE COMPANY,**

   *Defendant*

**FINAL JUDGMENT**

     The Court considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order, the Court **GRANTED** summary judgment for Defendant. Having disposed of all claims and causes of action, final judgment is hereby entered in favor of Defendants. The Court **DISMISSES** this action with prejudice. Plaintiff takes nothing from the presented causes of action.

     The Clerk of the Court shall close this case upon entry of this judgment.

SIGNED this 22nd day of January, 2024.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE